FILED

NOV 1 6 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL LEE GOLDSTEIN,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL ALVARADO, et al.,<br><br>    Defendants. | No. C 12-03980 EJD (PR)<br><br>ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT |

Plaintiff, a pretrial detainee in custody at the San Mateo County Jail, filed a civil rights action in pro se pursuant to 42 U.S.C. § 1983. On October 10, 2012, the Court dismissed with leave to amend, Plaintiff's claims against the City of South San Francisco ("SSF"), SSF Police Department, and the County of San Mateo, as conclusory and without factual support. The Court found Plaintiff's allegations against SSF Police Chief Michael Massoni insufficient to state a claim and therefore it was dismissed with leave to amend. Plaintiff's claims against Michael Merlinger and Coakley Williams were also dismissed with leave to amend due to Plaintiff's failure to allege how their actions violated a constitutional right. (Doc. No. 6.) Plaintiff was afforded twenty-eight days from the date of the order to file an amended complaint. (Id.)

Plaintiff has filed a motion requesting an extension of time to file an amended

complaint. Good cause having been found, Plaintiff's motion is **GRANTED**. Plaintiff shall file an AMENDED COMPLAINT within 30 days of the filing date of this order.

This order shall terminate docket number 7.

IT IS SO ORDERED.

DATED: 11/15/12

EDWARD J. DAVILA
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DARRYL LEE GOLDSTEIN,

    Plaintiff,

v.

MICHAEL ALVARADO, et al.,

    Defendants.

Case Number CV 12-03980 EJD (PR)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____11/16/12_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) inter-office delivery receptacle located in the Clerk's office.

**Darryl Lee Goldstein**
P-79097
San Mateo County Jail
300 Brad St.,
Redwood City, CA 94363

DATED: _____11/16/12_____

Richard W. Wieking, Clerk
By: Elizabeth Garcia, Deputy Clerk